Barbro I. BENYA, Respondent, v. Gary E. GAMBLE, Petitioner.

(329 S. E. (2d) 768)

Supreme Court

## ORDER

May 10, 1985.

The writ of certiorari granted by this Court on January 8, 1985, is dismissed as improvidently granted.